UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JOSEPH BALESTRA

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

20- MAG-12754-004

Defendant **Joseph Balestra** hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

_/s/_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Joseph Balestra**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**John LoTurco**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

December 3, 2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge